Do not write in this space

| Received by: | Date: | Gr. No.: |
|---|---|---|

## INMATE/OFFENDER INFORMAL RESOLUTION FORM

Name: _Soars C, Thunder_   Number: _360203_   Housing: _B-216_   Date: _2/28/24: 10:03 AM_

Describe the problem. Include date and time the incident occurred, names of staff involved, description of any evidence, names of any witnesses. **Name the person(s) you are grieving.** WHAT did they do? WHEN did they do it? WHERE did this happen? & WHAT have you done so far to get the problem repaired?

Ma'am,
I would like to have a restraining order on
hotchkiss.
Padamiya elo for your time and assistance as both
are greatly needed as well as appreciated.
And have a very happy Day. ☺

Respectfully,
Soars, H. Thunder

ACTION REQUESTED: I would like to have a restraining order put on
hotchkiss, Padamiya elo for your time and assistance as both are greatly
needed as well as appreciated. INMATE SIGNATURE: _Soars H. Thunder_

By my signature above, I waive confidentiality to any records necessary to investigate and resolve my complaint and certify the truth of all my statements herein.

RESPONSE: _Not processed per MSP 3.3.3. You can either_
_request an investigation into staff conduct. Please_
_specify who what where when and refile within_
_48 hours_

Requested action is granted ___ /granted in part ___ / denied ___ / not processed _✓_ .
You have the right to grieve if this response if your action requested was not granted.

RESPONDANT SIGNATURE: _H Kimber_   TITLE: _LCII_   DATE: _3/12/24_

I acknowledge that I have received this response. _Soars H. Thunder_   DATE _3/12/24_
INMATE SIGNATURE

**GRIEVANCES MUST BE SUBMITTED WITHIN FIVE WORKING DAYS OF RECEIPT OF THIS RESPONSE. ATTACH COPIES OF ALL PERTINENT INFORMATION AND PLACE IN THE GRIEVANCE COLLECTION LOCK BOX.** (GRIEVANCE FORMS ARE AVAILABLE FROM HOUSING STAFF)

WHITE - GRIEVANCE COORDINATOR        CANARY - INMATE COPY OF RESPONSE        PINK - INMATE RECEIPT

EXHIBIT 1

Attachment B        MSP 3.3.3, Inmate Grievance Program        Implemented November 1, 2019

## STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☐   MWP ☐   CONTRACT FACILITY:_____

7,16

### DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING

EXHIBIT 2

*(Information and staff signatures on this form must be legible)*

## MAJOR ☐           MINOR ☐

Inmate Name: _____   ID # _____

          Last name                                First Name

Date: _____   Time: _____   Place of Incident: _____

Room/Cell: _____   Housing Unit: _____   Job Assignment: _____

Infraction Number(s) & Name(s) _____

_____

_____

Staff Witness: 1. _____   Other Inmates involved 1. _____

          2. _____                          2. _____

Description of Violation: **(who, what, why, where, when and how):** _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

REPORTING STAFF MEMBER: _____   _____

                          (Print Name)                      (Sign Name)

Supervisor Review: _____   _____

                          (Print Name)                      (Sign Name)

Inmate Status:   ☐ Pre-Hearing Confinement   ☐ Release to Previous Status   ☐ Other

Approval for placement in PHC :   ☐ Medical:_____   ☐ Mental Health:_____

          Reason: _____

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.) For placement in Pre-Hearing Confinement, I have reviewed the impact that restrictive housing may have on medical and mental health conditions exhibited, considered alternatives to placement in restrictive housing, and have determined that separation from the general inmate population is necessary due to the above mentioned reason.

                                        /   /                                        /   /

_____   _____   _____   _____

(Shift Supervisor's Signature)      (Date)      (Warden or Designee Signature)      (Date)

### NOTICE OF HEARING/PREHEARING ACTION

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: _____   Time: _____ hrs.   Place: _____
2. I understand the charge(s)?   ☐Yes   ☐No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐Yes   ☐No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf.   ☐Yes   ☐No  If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations:_____

**I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure.**

_____        _____

(Staff Signature)                  (Date & Time)           (Inmate's Signature / ID#)

# STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒    MWP ☐    CONTRACT FACILITY: _____

## DISCIPLINARY HEARING DECISION

MAJOR ☐                    MINOR ☒

**Inmate's Name:** _Tdscholer  Larry_     **ID #** _3002036_   **Date:** _2-25-2054_

**Infraction Number(s) & Name(s)** _412 refusing to obey orders_

☐ I DO UNDERSTAND THE VIOLATION    ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN

**Continuance granted to Date:** ___ / ___ / _____  By: _____

**Reason:** _____

**Plea:** ☐ Guilty    ☐ Not Guilty    ☐ Other: _____

**Inmate's Statement:** _None_

_____
_____
_____
_____

**Evidence Provided:** _write up_

_____

**Findings:**    ☒ Guilty of # _412_          ☐ Not Guilty of # _____

**Evidence Relied On:** _____

_____
_____

**For Sanction Purposes:** [Circle the number of prior Major/Minor Infraction Reports:   1   2   3   4   5 | **Grid Level to Use:** _1_

*(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).*

**Sanction(s):** _____

_____
_____

**Reason(s) for findings:** _____

_____
_____

_____      _____
**ADMINISTRATIVE REVIEW / DATE**       **DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM**

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden. In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.

☐ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).

☒ I DO NOT WISH TO APPEAL

**Inmate's Signature / ID#:** _Larry Tdscholer  3002036_

Copies to: Records (White)     Parole Board-Majors only (Yellow)     Housing Unit (Pink)     Inmate (Goldenrod)

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

EXHIBIT 3

MSP ☒  MWP ☐   CONTRACT FACILITY:_____

## DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING

*(Information and staff signatures on this form must be legible)*

MAJOR ☒          MINOR ☐

Inmate Name: ___THUNDER___ ___BARRY___ ID# 3002030

Last name                    First Name

Date: 2-28-2024   Time: 2040   Place of Incident: B uniT SLT oFFice.

Room/Cell: 216   Housing Unit: B uniT   Job Assignment: _____

Infraction Number(s) & Name(s) 4227 Failure To ABIDE By conoiTion oFA DisciplinARy
DisPoSiTion.
4208 INSolence woRDS, AcTions THAT HARASS, ABUSIVE LANGuAGE.

Staff Witness: 1. _____   Other Inmates involved 1. _____

2. ___N/A___                    2. ___N/A___

Description of Violation: (who, what, why, where, when and how): AS PART oF THE DisciplinARy
conoiTion SActions I/m THUNDER is To Do A 100 woRD APolopy.
THUNDER compleTeD A wRiTTEN PAGe AnD ReTuRneD iT To myselF (SLT
HoTcHkiss) ToniGHT.
THE wRiTTEN AssiGnment TuRneD in Fails To APolo6ize in A FoRm
AnD is insolenT By HARASSinG sTAFF wiTH A BusiVe LAnGuAGe.
ATTAcHeD is A copy oF THE HeARinG DecisioN AnD THUNDER's wRiTTEN PAGe.
End oF RepoRT.

REPORTING STAFF MEMBER: SGT HoTc Hkiss _____

(Print Name)                    (Sign Name)

Supervisor Review: _____

(Print Name)                    (Sign Name)

Inmate Status:          ☐ Pre-Hearing Confinement   ☑ Release to Previous Status   ☐ Other

Approval for placement in PHC :   ☐Medical:_____   ☐ Mental Health:_____

Reason: Not mandatory MHC

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.) For placement in Pre-Hearing Confinement, I have reviewed the impact that restrictive housing may have on medical and mental health conditions exhibited, considered alternatives to placement in restrictive housing, and have determined that separation from the general inmate population is necessary due to the above mentioned reason.

Lt C_____   2/28/24 _____   /   /

(Shift Supervisor's Signature)   (Date)   (Warden or Designee Signature)   (Date)

### NOTICE OF HEARING/PREHEARING ACTION

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date:____/____/____   Time:_____hrs.   Place:_____
2. I understand the charge(s)?   ☐Yes ☐No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐Yes ☐No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf. ☐Yes ☐No  If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations:_____

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure.

_____   _____   _____

(Staff Signature)   (Date & Time)   (Inmate's Signature / ID#)

Do not write in this space

Received by:_____ Date:_____ Gr. No.:_____

## INMATE/OFFENDER INFORMAL RESOLUTION FORM

2:29 pm

Name: Beti Co. Thunder   Number: 3022050   Housing: BU, 216   Date: 2/29/24

Describe the problem. Include date and time the incident occurred, names of staff involved, description of any evidence, names of any witnesses. **Name the person(s) you are grieving.** WHAT did they do? WHEN did they do it? WHERE did this happen? & WHAT have you done so far to get the problem repaired?

Ma'am, The c.o. or c.o.s who trashed my property damaged both my alarm clock, the face is off and I cannot set the time and alarm, I immediately alerted the c.o. who took the 1:30 pm count on 2/29/24. The c.o. (s) also damaged the little door that keeps the batteries in my radio, I've also alerted the same c.o. at the same time and date. This is the exact reason that I've been trying to send out all of my property. All staff of this facility is able to steal, damage, and/or destroy our property and NOT be held accountable for their actions. Pidamaya elo for your time and assistance. MATO

ACTION REQUESTED: Please replace or refund the items damaged, as I have so very little, and a 100 word letter of apology from the c.o. (s) who've damaged written items ___ INMATE SIGNATURE: Beti Co. Thunder

By my signature above, I waive confidentiality to any records necessary to investigate and resolve my complaint and certify the truth of all my statements herein.

RESPONSE: Per MSP 3.3.3 you can request your property be replaced and an investigation into staff. You cannot request an apology from staff. Please reply within 48 hours with appropriate action requested.

_____

Requested action is granted ___/granted in part ___/ denied ___/ not processed ✓.
You have the right to grieve if this response if your action requested was not granted.

RESPONDANT SIGNATURE:_____ TITLE: _____ DATE: 3|12|24

I acknowledge that I have received this response. Betsi Co. Thunder   3/12/24
                                                  INMATE SIGNATURE        DATE

**GRIEVANCES MUST BE SUBMITTED WITHIN FIVE WORKING DAYS OF RECEIPT OF THIS RESPONSE. ATTACH COPIES OF ALL PERTINENT INFORMATION AND PLACE IN THE GRIEVANCE COLLECTION LOCK BOX.** (GRIEVANCE FORMS ARE AVAILABLE FROM HOUSING STAFF)
WHITE - GRIEVANCE COORDINATOR       CANARY - INMATE COPY OF RESPONSE       PINK - INMATE RECEIPT

EXHIBIT 4

**Do not write in this space.**

Received by:_____ Date:_____ Gr. No.:_____

## INMATE/OFFENDER INFORMAL RESOLUTION FORM

9:29 pm

Name: Bekir C. Thunder          Number: 3002.038   Housing: S-U.216   Date: 2-29-24

Describe the problem. Include date and time the incident occurred, names of staff involved, description of any evidence, names of any witnesses. **Name the person(s) you are grieving.** WHAT did they do? WHEN did they do it? WHERE did this happen? & WHAT have you done so far to get the problem repaired?

Ma'am, being a transfer from another state, this facility is therefore responsible to make sure that I am protected and safe from any and all kinds & types of abuse et al, and harrassment that directly affects me in mind, body, and soul, in any forms and kinds. On the 29th of feb, 2024, I was givin the opportunity to go to the high side, something that I was gunning for since coming here. Sadly I had to decline due to circumstances involving Mrs Billie Reich and other legal issues concerning my case and transfere for placement in my Native State. This took place on the same above written date.

ACTION REQUESTED: Please assist with the so far minor issues written within this informal resolution and attached continuation form, as I no longer wish to be the targeted person of _____ INMATE SIGNATURE: Bekir C. Thunder (interest)

By my signature above, I waive confidentiality to any records necessary to investigate and resolve my complaint and certify the truth of all my statements herein.

RESPONSE: Per MSP 3.3.3 then you have request an investigation into staff conduct. Please refer within 48 hours with appropriate action requested.

Requested action is granted ___/granted in part ___/ denied ___/ not processed ✓.
You have the right to grieve if this response if your action requested was not granted.

RESPONDANT SIGNATURE: Mkender        TITLE: LLB2        DATE: 3/1/24

I acknowledge that I have received this response. Bekir G. Thunder        3/12/24

**INMATE SIGNATURE**        DATE

**GRIEVANCES MUST BE SUBMITTED WITHIN FIVE WORKING DAYS OF RECEIPT OF THIS RESPONSE. ATTACH COPIES OF ALL PERTINENT INFORMATION AND PLACE IN THE GRIEVANCE COLLECTION LOCK BOX.** (GRIEVANCE FORMS ARE AVAILABLE FROM HOUSING STAFF)

WHITE - GRIEVANCE COORDINATOR        CANARY - INMATE COPY OF RESPONSE        PINK - INMATE RECEIPT

EXHIBIT 5

# STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☑   MWP ☐   CONTRACT FACILITY: _____

## INMATE/OFFENDER GRIEVANCE CONTINUATION FORM

(NOTE: Only one continuation page may be used.)

Name: _Boar v Co Thunder_   Number: _3060 70_   Housing: _SA 216_   Date: _2/29/24_

Sgt. hotchkiss, who has already targeted me for harassment and escalates even the smallest occurance into a major issue, which is extremely easy for him to do, was present and listening to me decline the opportunity. After hearing me decline, he imediatly smiled. I then knew that the targeting and harassment will then increase in a major way. Afterwards during 6:25 pm laundry pass, sgt. hotchkiss then pretended that he' had amnesia and proceeded to harass and threaten my assigned placement by the U.M.T., which is "If you're gonna STAY HERE, you're going to HAVE TO DO WHAT I WANT WHEN I WANT, or, you will go to Jacked housing imediately. I was simply getting my personal laundry. I did tell him that if he's having memory issues, he may not be fit to continue his job placement and I did show concern by advising him to take fish w/ pills to help maintain his memory. IF HE WANTED. I know for a fact that his negative attitude towards me specifically will keep increasing until his retirement. I do nothing to deserve such abuse as I keep to myself and don't even engage in the slightest kind & type of talk with ANY MSP staff unless I need assistance, and ONLY THEN will I keep it to an extreme minimum. and if I sense ANY kind & type of negativity, I'll then abort and wait for staff that know that I'll engage in talk ONLY when it's the very LAST resort. Basically, the first shift. There are only three people out of the entire unit that I will confide in, others are aquaintences while the rest, which is about Ninety One %, I don't even know, or want to know. All I do is stay in the assigned room, Not cause any problems. ONLY when pushed and attacked first will any issues occur. I will NOT back down or cower from or for anybody. I will respond in the exact same manner as I am approached. I would like it VERY much for it to go back to when I NEVER contacted any staff. NO offense. And I know that you yourself am and is tired of me bitching about. But survival instincts have kicked in and I am concerned for my safety. I honestly do appreciate you talking to Mrs. Reich as I know that noone else would've gone out of their way. I've also sent kites and am currently awaiting responses. You do hear that act within reason to effectively assist. And believe me, if it was the right timing, I truley would've taken your offer. Now I'll quit bitching about your unit as I do agree to stay until other, and will continue to tell staff Don't start no shit, there won't be NO shit. I thank you very greatly for your time I am Not here to be bullied by a childish and petty old man

STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☒  MWP ☐   CONTRACT FACILITY:_____

EXHIBIT 6

**DISCIPLINARY INFRACTION REPORT / NOTICE OF HEARING**

*(Information and staff signatures on this form must be legible)*

MAJOR ☒        MINOR ☐

Inmate Name: _Thunder_____ _Barry_____ ID # 3002030
            Last name                      First Name

Date: 3-25-24   Time: 2030   Place of Incident: R-Unit dayroom
Room/Cell: 216   Housing Unit: R   Job Assignment: 801 - LP
Infraction Number(s) & Name(s): 4208: Insolence, direct disrespect
1213: Refusing to immediately obey a direct
order

Staff Witness: 1. _____   Other Inmates involved 1. _____
              2. _____                         2. _____

Description of Violation: (who, what, why, where, when and how): On above date, at
approximate, after calling for 'lockdown to
count, and on the previous day (3-24-24),
I/M Thunder has been given no less than 6
direct orders to 'get off the phone/ leave the
dayroom (for count). I/M Thunder ignores staff.

    I/M Thunder stated to staff "Who the
FUCK is talking to me!" creating a spectacle
with other inmates in the dayroom

REPORTING STAFF MEMBER: _C. Taylor___   _C. Tayl___
                                 (Print Name)                     (Sign Name)

Supervisor Review: _____   _____
                                 (Print Name)                     (Sign Name)

Inmate Status: ☒ Pre-Hearing Confinement   ☐ Release to Previous Status   ☐ Other

Approval for placement in PHC : ☐ Medical:_____   ☐ Mental Health:_____

    Reason: _____

I have reviewed this report for legibility, completeness, correctness of charge, and to ensure all necessary information is attached (evidence, incident/witness reports, etc.) For placement in Pre-Hearing Confinement, I have reviewed the impact that restrictive housing may have on medical and mental health conditions exhibited, considered alternatives to placement in restrictive housing, and have determined that separation from the general inmate population is necessary due to the above mentioned reason.

_____ 3-25-24 _____ / /
(Shift Supervisor's Signature)        (Date)        (Warden or Designee Signature)      (Date)

**NOTICE OF HEARING/PREHEARING ACTION**

I have received a copy of this notice and have been informed of my right to attend and present evidence at a hearing.
1. Hearing Date: 3 / 28 / 24   Time: Any   hrs.   Place: SAU
2. I understand the charge(s)? ☒ Yes ☐ No (if no, verbally explain the charge(s) to the inmate).
3. I waive my right to a hearing? ☐ Yes ☒ No (if yes, have inmate sign an Agreement/Waiver/Refusal form)
4. Present evidence and witnesses on my behalf. ☒ Yes ☐ No  If inmate has witnesses, have him/her complete a Witness Request form
5. Other pertinent notations:_____

I understand, if found guilty, I will be subject to imposition of the sanctions as outlined in the institutional inmate disciplinary operational procedure.
_To WINNETT_____   3-25-24 @ 2214   _Barry Thunder_ 300 2031
(Staff Signature)        (Date & Time)        (Inmate's Signature / ID #)

Attachment B        MSP 3.4.1, Institutional Discipline        Effective January 1, 2020



STATE OF MONTANA DEPARTMENT OF CORRECTIONS

MSP ☑   MWP ☐   CONTRACT FACILITY:_____

## DISCIPLINARY HEARING DECISION

MAJOR ☑        MINOR ☐

Inmate's Name: _Thunder, Barry_        ID # _Peterson_    Date: _07/20/2024_

Infraction Number(s) & Name(s) _4.208 / 4.213_

☑ I DO UNDERSTAND THE VIOLATION        ☐ I DO NOT UNDERSTAND THE VIOLATION – ADDITIONAL ACTION TAKEN

Continuance granted to Date: ___ / ___ / ___   By: _____

Reason: _____

Plea: ☐ Guilty   ☑ Not Guilty   ☐ Other: _____

Inmate's Statement: _Taylor was doing the P.I. Pass I was on the_
_Phone there was a long line I was waiting for_
_it to go down_

Evidence Provided: _____

Findings: ☐ Guilty of #_____   ☑ Not Guilty of # _4.208 / 4.213_

Evidence Relied On: _Infraction Report / Video_
_1. 4.208_
_1. 4.213_

For Sanction Purposes:[Circle the number of prior Major/Minor Infraction Reports: (1)  2   3   4   5 | Grid Level to Use: 2
*(Circle number of prior guilty decisions within the timeframe [not each rule violation]. Find grid level to use by adding current & prior guilty decisions).*

Sanction(s): _1 sws / No Guilty_

Reason(s) for findings: _Video Evidence does not support Infraction_
_See Admin Review Doc_

ADMINISTRATIVE REVIEW / DATE            DISCIPLINARY HEARINGS OFFICER / UNIT DISCIPLINARY TEAM

---

I understand, that I may appeal the decision of the Disciplinary Hearings Officer to the Warden. In order to file an appeal, I must submit a completed appeal form to the Disciplinary Hearings Officer within 15 days from today.
☐ I DO WISH TO APPEAL (Major decisions only) because (1) there is insufficient evidence and documentation to support the finding; (2) applicable disciplinary procedures were not followed; (3) the sanction(s) imposed are not proportionate to the rule violation(s).
☐ I DO NOT WISH TO APPEAL

Inmate's Signature / ID#:_____

---

Copies to: Records (White)     Parole Board-Majors only (Yellow)     Housing Unit (Pink)     Inmate (Goldenrod)

Attachment C            MSP 3.4.1, Institutional Discipline            Effective January 1, 2020

EXHIBIT 7

# Letter to the editor: Prison powwow cancelation insulting

Nov 22, 2023

**N**othing insults Native American month like the Montana Department of Corrections canceling a planned religious activity that would have brought volunteer drummers, singers, dancers, guest speakers and legislative dignitaries from Native communities across Montana for a day of ceremony and reconciliation within prison walls.

Disappointment reverberated across Montana just days before Thanksgiving when the Montana Department of Corrections pulled the plug on the Montana State Prison Powwow, slated to take place in Deer Lodge on March 16th, 2024.

When a call came from within prison walls that the inmates were in need of reconciliation and spiritual healing, members of the Native American community with the consent of the Montana Department of Corrections Religious Activities Coordinator Terrie Stefalo, decided to support this need and bring a day of prayer, ceremony and fellowship to the prison.

### People are also reading...

1  **Celebrated Montana authors say myths of American West have 'overwhelmed' reality**

2  **Missoula's Ward 6 recount results in tie; up to city council to pick winner**

3  **One week out, Snowbowl Ski Area still lacks permission to open**

4  **Montana surpasses 100,000 people removed from Medicaid**

The practice of Native American spirituality even while incarcerated is a federally protected right under the Religious Land Use and Institutionalized Persons Act (RLUIPA), Native American Religious Freedom Act of 1978, and the First Amendment of the United States Constitution.

Native veterans and non-native veterans fought side-by-side for religious rights, even while incarcerated. Shame on MTDOC.

**Laurie Little Dog**

**Missoula**

EXHIBIT 8

Received by:_____ Date:_____ Gr. No.:_____

MSP ☐   MWP ☐   CONTRACT FACILITY:_____

**INMATE/OFFENDER GRIEVANCE FORM**

Name: _Bear G. Thunder_ Number: _3002036_ Housing: _B-216_ Date: _3/26/24_

Description must include date and time incident occurred, attempts made to resolve, names of staff involved, description of any evidence, names of any witnesses. **Name the person(s) you are grieving.** WHAT did they do? WHEN did they do it? WHERE did this happen? & WHAT have you done so far to get the problem repaired?

M'aam,

CO's taylor and graby have taken unfinished beadwork consisting of:
1. Pair of black boots To be earrings, current value $70⁰⁰, 1 Minion, valued
at $30⁰⁰ 1. Harley Quinn modalion have value at $170⁰⁰ 1 female
baseball player current value $150⁰⁰ 1 female Model current
value $160⁰⁰, 1 Pair of shiny Purple, Green, and Gold hear-
hanging heart earrings valued at $45⁰⁰, I have beadwork that
nobody else has and it took Months of design, color, and finding the
bead colors, I currently have a guy thats teaching me DNA strand so that
I can find them again. Reclaiming these on time and assurance as
both are great needed and valued as always. Don't forget That I'm a woman who
ACTION REQUESTED: _May I please have these back? People are looking forward_
_to having the finished project. And I'm Too Damn happy to only make_

INMATE SIGNATURE: _Soft. R. Thunder_

By my signature above, I waive confidentiality to any records necessary to investigate and resolve my complaint and certify the truth of all my statements herein.

RESPONSE: _____

_____

_____

_____

_____

_____

Requested action is granted____ /granted in part____ / denied____ / not processed____.

RESPONDENT SIGNATURE: _____TITLE: _____DATE: _____

You have the right to appeal this response to the next level, if your action was not granted.
I acknowledge that I have received this response. I do / do not intend to appeal to the next level.

INMATE SIGNATURE:_____DATE:_____

YOUR APPEAL MUST BE SUBMITTED WITHIN FIVE WORKING DAYS OF RECEIPT OF THIS RESPONSE. Attach copies of all pertinent information and place in the grievance collection lock box.

EXHIBIT 9

Do not write in this space

Received by:_____  Date:_____  Gr. No.:_____

## INMATE/OFFENDER INFORMAL RESOLUTION FORM

3:29pm

Name: Betti, B. Thunder _____ Number: 3002030 Housing: B-U, 216 Date: 3/29/24

Describe the problem. Include date and time the incident occurred, names of staff involved, description of any evidence, names of any witnesses. **Name the person(s) you are grieving.** WHAT did they do? WHEN did they do it? WHERE did this happen? & WHAT have you done so far to get the problem repaired?

M'am,
I would like a thorough conduct investigation completed on both cos Taylor and grimby... the female redhead who destroyed my property. Not only is the destruction of my property the issue, they've also took and destroyed 3 Bald Eagle and 1 Golden Eagle feather(s), and I braid of sweetgrass. with no regard for my Native Lakota & Dakota race and heritage. with extreme malicious intent which is a huge example of the childish and petty "professionalism" of the individuals that this facility hires to work for it. And I'm pretty sure that they broke a federal law. without repercussion. whatsoever.

ACTION REQUESTED: An investigation on the accountability for the conduct of another misbehaving prisoners, Deceptive business practices, and retaliation prohibited. Thank you for your time and assistance. INMATE SIGNATURE: Betti, B. Thunder

By my signature above, I waive confidentiality to any records necessary to investigate and resolve my complaint and certify the truth of all my statements herein.

RESPONSE: You may only file one grievance per incident. This is the 2nd grievance on this incident requesting an investigation into staff.

Requested action is granted ___ /granted in part ___ / denied ___ / not processed ✓ .
You have the right to grieve if this response if your action requested was not granted.

RESPONDANT SIGNATURE:_____ TITLE: ((() ___ DATE: 4/3/24

I acknowledge that I have received this response. Betti, B. Thunder _____ 4/3/24
                                                    INMATE SIGNATURE                    DATE

**GRIEVANCES MUST BE SUBMITTED WITHIN FIVE WORKING DAYS OF RECEIPT OF THIS RESPONSE. ATTACH COPIES OF ALL PERTINENT INFORMATION AND PLACE IN THE GRIEVANCE COLLECTION LOCK BOX. (GRIEVANCE FORMS ARE AVAILABLE FROM HOUSING STAFF)**
WHITE - GRIEVANCE COORDINATOR          CANARY - INMATE COPY OF RESPONSE          PINK - INMATE RECEIPT

EXHIBIT 10