IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| BARRY GLENN THUNDER, | CV-24-27-H-BMM-DWM |
| Plaintiff, | |
| vs. | ORDER |
| JIM SALMONSEN, SERGEANT HOTCHKISS, CORRECTIONAL OFFICER TAYLOR, and DOES 1 - 10, | |
| Defendants. | |

Plaintiff Barry Glenn Thunder lodged a Complaint with this Court and moved to proceed in forma pauperis. (Docs. 1 and 2.) Thunder's motion to proceed in forma pauperis was denied, and he was directed to pay the filing fee in order to proceed. (Doc. 8.) He was warned that this matter would be dismissed if he failed to pay the fee. (*Id.*) Thunder has not paid the fee.

Accordingly, it is ORDERED that this matter is dismissed without prejudice.

DATED this 2nd day of July, 2024.

_____
Donald W. Molloy, District Judge
United States District Court